

**CLEVELAND MUNICIPAL COURT**
Office of the Clerk of Court
Earle B. Turner
Justice Center • Level Two
1200 Ontario Street • Cleveland, Ohio 44113-1669
**CIVIL DIVISION**

THE STATE OF OHIO
CUYAHOGA COUNTY) SS

**SUMMONS IN ACTION FOR MONEY ONLY
IN SMALL CLAIMS CASES**

2019 CVI 000230

Plaintiff
MICHAEL BARR
14239 GARFIELD AVE.
LAKEWOOD, OH  44107

--VS---

Defendant
CLEVELAND METROPARKS
4101 FULTON PKWY
CLEVELAND, OH  44144



8I5AM RCH

To Defendant, **CLEVELAND METROPARKS**:

Plaintiff, **MICHAEL BARR**, is asking judgment in this court against you for the claim as set forth in the complaint. The Court will hold trial upon this claim at the Cleveland Municipal Court, 12th Floor Courtroom D, Justice Center, 1200 Ontario Street. on **February 08, 2019** at **9:00 am.**

If you do not appear at the trial, judgment may be entered against you by default, and your earnings may be subjected to garnishment or your property may be attached to satisfy the judgment. If your defense is supported by witness, account books, receipts, or other documents, you must produce them at the trial. Subpoenas for witnesses, if requested by a party, will be issued by the Clerk.

If you admit the claim but desire time to pay, you must make such a request at the trial. If you believe you have a claim against the plaintiff, you must file a counterclaim with the court and must serve the plaintiff and all other parties with a copy of the counterclaim at least seven days prior to the trial of the plaintiff's claim.

If you wish to file a Motion for Continuance, you must do so at least seven days prior to the trial date. You must serve all other parties with a copy of the Motion for Continuance.

**WITNESS, EARLE B.TURNER,** Clerk of said Court
and the seal thereof, at the City of Cleveland, this date: **January 8, 2019**
Earle B. Turner, Clerk

*Karen Pollard*

K. POLLARD, Deputy Clerk

2019 CVI 000230

CLEVELAND METROPARKS
4101 FULTON PKWY
CLEVELAND, OH  44144

**EXHIBIT 3**

**19CVI 000230**

**CLEVELAND MUNICIPAL COURT**
Cuyahoga County, OH
Earle B. Turner, Clerk of Court
Small Claims Division

State of Ohio } SS.
County of Cuyahoga }

Michael Barr

14239 Garfield Ave

Lakewood, OH 44107

Plaintiff                                    Plaintiff

-vs-                                         **Complaint for Money Only**

Cleveland Metroparks

4101 Fulton Pkwy

Cleveland, OH 44144

Defendant                                    Defendant

### STATEMENT OF CLAIM

I was employed by the Cleveland Metroparks Ranger department from November 2012 to December 2017. My last position with the Metroparks was as a K9 handler assigned to K9 Rico from October 2013 until the time I resigned in December 2017. K9 Rico is credited with multiple felony narcotics seizures, the successful track and location of now convicted murderer Jeffrey Conrad on August 28, 2014, as well as assisting many other agencies in Cuyahoga and Surrounding counties with similar cases. Rico and I also attended community outreach events and performed many demonstrations. During my tenure as a K9 handler the Cleveland Metroparks approved that all K9s would be cared for, for their entire life (even after retirement) by the Metroparks Veterinary Staff. Cleveland Metroparks still cares for several other retired canines, but has since denied continued care for K9 Rico. K9 Rico provided a great service to the Cleveland Metroparks and the citizens of Cuyahoga and surrounding counties, and deserves nothing less than the outstanding care and support that was provided to him by the Cleveland Metroparks veterinary staff. I'm seeking to recover the cost of his annual exam on November 16, 2018.

Wherefore, plaintiff prays judgment against defendant in the sum of $287.73 plus interest from the 16th day of November, 20 18, at the rate of 0 %, together with costs of this action.

Michael Barr _____
                                    Plaintiff

_____
Attorney for Plaintiff

**(Must submit military affidavit with each filing)**

STATE OF OHIO  
} SS:  
COUNTY OF CUYAHOGA

**AFFIDAVIT**

__Michael Barr__, being first duly sworn, under oath states that affiant is the Plaintiff / Attorney for the Plaintiff in this cause of action and that this cause of action is for money only in the amount and for reasons as stated in Plaintiff's petition and that to the best of affiant's knowledge:

☐ I am unable to determine whether or not the defendant(s) is / are in the military service.

☐ The defendant(s) is / are currently in the military service.

☒ The defendant(s) is / are NOT currently in the military service.

I know the military status of the defendant because: _____

_____

FURTHER AFFIANT SAYETH NAUGHT

_____  
Affiant

SWORN TO BEFORE ME and subscribed in my presence on this __18__ day of __December__, 20__18__.

ERNESTO CRUZ II  
Notary Public, State of Ohio  
My Commission Expires  
September 25, 2022

_____  
Notary Public

My Commission expires __Sep 25 2022__